**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Ahmed Abedelmajid,** | Case No. 24-04223 |
| Debtor. | Hon. Timothy A. Barnes |

### NOTICE OF MOTION

**Please take notice** that on **Wednesday, June 26, 2023, at 9:00 A.M.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Timothy A. Barnes, United States Bankruptcy Judge for the Northern District of Illinois, or any judge sitting in that judge's place, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the **Trustee's Motion to Employ Special Counsel,** a copy of which is attached hereto.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 161 329 5276, and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: June 12, 2024          **Richard M. Fogel,** not individually, but as the chapter 7 trustee for the bankruptcy estate of Ahmed Abedelmajid

By: /s/ *Ariane Holtschlag*
One of His Proposed Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel: (773) 645-0737
Email: aholtschlag@ph-firm.com

# CERTIFICATE OF SERVICE

I, Ariane Holtschlag,

☑ an attorney, certify

    - or –

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on June 12, 2024.

                                                                         */s/ Ariane Holtschlag*

# SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| Shady A. Bolis | sbolis@victorylawoffice.com |
| Richard M. Fogel | fogeltrustee@gmail.com, il72@ecfcbis.com;richard-fogel-1441@ecf.pacerpro.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

**Non-Registrants**
(Service via U.S. Mail)

| | |
|---|---|
| Ahmed Abedelmajid<br>15723 S Sunset Ridge Ct<br>Unit 2S<br>Orland Park, IL 60462 | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Ahmed Abedelmajid,** | Case No. 24-04223 |
| Debtor. | Hon. Timothy A. Barnes |

**TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL**

Richard M. Fogel, not individually, but as the chapter 7 trustee (the "*Trustee*") for the bankruptcy estate (the "*Estate*") of Ahmed Abedelmajid (the "*Debtor*"), respectfully requests authority to retain Ariane Holtschlag and the firm of Paulsen & Holtschlag LLC (collectively, the "*Firm*") as special counsel, retroactive to June 1, 2023, pursuant to 11 U.S.C §§ 105(a), 327(e), 328(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and in support of the requested relief states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "*Case*") and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## BACKGROUND

3. On March 22, 2024 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4. Ariane Holtschlag was appointed to serve as trustee in this Case but has since resigned.

5. On April 3, 2024, Richard M. Fogel was appointed as trustee in the Case and has qualified and been acting as such.

6. On May 8, 2024, the Trustee concluded the 341 meeting of creditors.

7. Among the assets of the Estate are potential avoidance actions and other undisclosed assets.

8. The Trustee requires the assistance of special counsel to pursue these potential assets on behalf of the Estate.

## DISCUSSION

### I. Representation

9. Section 327(e) of the Bankruptcy Code provides that the Trustee may, subject to court approval, employ an attorney that has represented the debtor, for a "special purpose," when it is in the best interests of the estate.

10. In this Case, the Trustee seeks authority to retain the Firm as special counsel on a limited scope to pursue avoidance actions and undisclosed assets.

11. The Firm is known to the Trustee, has experience in the field of litigation and bankruptcy and is willing to undertake the representation immediately despite there being no funds in the Estate with which to pay counsel.

12. Therefore, the Trustee believes that it is in the best interest of the Estate and its economical administration that the Firm be authorized to act as special counsel for the Estate.

**II. Compensation**

13. The Firm has agreed to represent the Estate on a contingent fee of 40%, plus costs of suit. The proposed engagement letter is attached as **Exhibit 1**. A heightened contingent fee is warranted in this case due to the risk factors associated with pursuing the potential assets including post-judgment collection practice.

14. The Firm understands that any and all compensation for legal services rendered on behalf of the Estate, including contingent fees, are subject to Court approval.

15. The declaration of Ariane Holtschlag in support of this motion is attached as **Exhibit 2**.

## NOTICE

16. Notice of this motion was provided to: (a) the Debtor; (b) Debtor's counsel; (c) the US Trustee, and (d) all other parties requesting notice and/or receiving notice through the CM/ECF system.

**WHEREFORE** Richard M. Fogel, not individually, but as chapter 7 trustee for the bankruptcy estate of Ahmed Abedelmajid, respectfully requests authority to retain Ariane Holtschlag and the firm of Paulsen & Holtschlag LLC as special counsel for the Estate under the terms contained in this motion, retroactive to June 1, 2024.

Dated: June 12, 2024

**Richard M. Fogel,** not individually, but as the chapter 7 trustee of the bankruptcy estate of
Ahmed Abedelmajid

By: /s/ *Ariane Holtschlag*
One of His Proposed Attorneys

Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**Paulsen & Holtschlag, LLC**
1245 S. Michigan, #115
Chicago, IL 60605
Tel:     (773) 645-0737
Email:  aholtschlag@ph-firm.com